1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 14899-4-II. Division Two. December 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN L. BOTTOM, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00418-3, Carol A. Fuller, J., entered April 3, 1991. *Remanded* by unpublished per curiam opinion.

[No. 12290-5-III. Division Three. December 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WZK, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00161-5, Yancey Reser, J., entered March 16, 1992. *Reversed* and *dismissed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Van Nuys, J. Pro Tem.

[No. 12034-1-III. Division Three. December 7, 1993.]

CHELAN COUNTY, *Respondent*, v. DONALD L. STEWART, *as Personal Representative*, ET AL, *Defendants*, ROBERT STEWART, *Petitioner.*

Appeal from a judgment of the Superior Court for Chelan County, No. 91-2-00123-0, John E. Bridges, J., entered November 12, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 11860-6-III. Division Three. December 7, 1993.]

CHELAN COUNTY, *Respondent*, v. DONALD L. STEWART, *as Personal Representative*, ET AL, *Defendants*, ROBERT STEWART, *Petitioner.*

Appeal from a judgment of the Superior Court for Chelan County, No. 91-2-00123-0, John E. Bridges, J., entered